[Cite as *07/09/2010 Case Announcements*, 2010-Ohio-3207.]

# MISCELLANEOUS DISMISSALS

**2010–1169.  Revis v. Ohio Chamber Ballet.**
Summit App. No. 24696, 2010-Ohio-2201. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due July 6, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

# CASE ANNOUNCEMENTS

## *July 9, 2010*

[Cite as *07/09/2010 Case Announcements #2*, 2010-Ohio-3249.]

# MOTION AND PROCEDURAL RULINGS

**2010–1209.  State v. Garner.**
Hamilton App. No C–100448. This cause is pending before the court as a discretionary appeal and claimed appeal of right. In order to expedite consideration of this appeal,

It is ordered by the court, sua sponte, that appellee shall file a response to the memorandum in support of jurisdiction no later than 9:00 a.m. on Monday, July 12, 2010. Appellee shall serve a copy of the response on all other parties to the appeal by e-mail or facsimile transmission.

# CASE ANNOUNCEMENTS

## *July 12, 2010*

[Cite as *07/12/2010 Case Announcements*, 2010-Ohio-3236.]

# MOTION AND PROCEDURAL RULINGS

**2000–1030.  Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**
Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On April 13, 2001, this court stayed further proceedings in this case and ordered appellee to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

It is ordered by the court, sua sponte, that appellee W.R. Grace & Son & Co. - Conn. file a notice advising this court of the status of the bankruptcy case within 15 days of the date of this entry.